FREDERICK A. COOK, Appellant, *v.* JEANNETTE MIRSKY et al., Defendants, and ENCYCLOPEDIA BRITTANICA, INC., Respondent.

Argued April 18, 1938; decided May 17, 1938.

*Stanley Boriss* for appellant.

*Sol M. Strook, Peter I. B. Lavan* and *Milton Socolof* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.